IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEON McCOY #13741                                                          PETITIONER

VS.                                                        CIVIL ACTION NO. 4:05cv110TSL-LRA

JIM HOOD, ATTORNEY GENERAL                                                 DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of the United States magistrate judge entered in this cause on or about July 23, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described habeas action should be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 27th day of August, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE